UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD LAMAR TAYLOR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, STATE OF WASHINGTON,<br><br>　　　　　　　Defendants. | CASE NO. 3:20-CV-5704-RAJ-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: October 16, 2020 |

　　　The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Richard Lamar Taylor, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on July 20, 2020. *See* Dkt. 1. On August 17, 2020, the Court screened Plaintiff's Complaint and found it was deficient ("Order"). Dkt. 8. The Court ordered Plaintiff to correct the deficiencies of the Complaint on or before September 18, 2020. *Id*. In the Order, the Court warned Plaintiff that failure to file an amended complaint or otherwise respond to the Order would result in the Court recommending dismissal of this action. *Id*. at 4.

1  Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
2  Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to
3  state a claim upon which relief can be granted in the Complaint. *See* Dkt. 5. Therefore, the Court
4  recommends this case be dismissed without prejudice for failure to follow a Court order and
5  failure to provide a servable complaint.

6  As Plaintiff failed to state a claim upon which relief could be granted, the Court finds this
7  case should be considered a "strike" under 28 U.S.C. § 1915(g).

8  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
9  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
10 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
11 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
12 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October
13 16, 2020, as noted in the caption.

14 Dated this 29th day of September, 2020.

David W. Christel
United States Magistrate Judge