UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LAMAR TAYLOR,<br><br>      Plaintiff,<br> v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, STATE OF WASHINGTON,<br><br>      Defendants. | No. 3:20-CV-5704-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed for failure to comply with a Court Order and failure to provide a servable complaint. This dismissal constitutes a strike pursuant to 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 21st day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1